**LOUISVILLE GAS AND ELECTRIC COMPANY and Kentucky Utilities Company, Petitioners**

v.

**FEDERAL ENERGY REGULATORY COMMISSION, Respondent.**

**Midcontinent Independent System Operator, Inc., et al., Intervenors.**

**No. 07–1138.**

United States Court of Appeals, District of Columbia Circuit.

May 18, 2015.

FERC–ER04–691–078.

Elizabeth Lynn Cocanougher, Louisville Gas and Electric Company and Kentucky Utilities Company, Louisville, KY, Rebecca Roback Blitstein, Esquire, Troutman Sanders, LLP, Washington, DC, for Petitioners.

Elizabeth Evans Rylander, Federal Energy Regulatory Commission (Ferc) Office of the Solicitor, Washington, DC, for Respondent.

Stephen L. Teichler, Duane Morris LLP, Carol A. Smoots, Pierce Atwood, LLP, John Nowell Estes, Skadden, Arps, Slate, Meagher & Flom LLP, Alan I. Robbins, Jennings, Strouss & Salmon, PLC, Stephen Matthew Spina, Morgan, Lewis & Bockius LLP, Regina Y. Speed–Bost, Schiff Hardin LLP, Larry F. Eisenstat, Crowell & Moring LLP, Stuart Caplan, Dentons U.S. LLP, David Barry Raskin, Steptoe & Johnson LLP, Robert A. Weishaar, McNees, Wallace & Nurick, Thomas L. Blackburn, Bruder, Gentile & Marcoux, LLP, William Daniel Booth, Michael Best & Friedrich, LLP, Elizabeth Ward Whittle, Nixon Peabody LLP, Raymond Wuslich, Winston & Strawn LLP, Washington, DC, for Intervenors.

## ORDER

Upon consideration of petitioners' motion to dismiss the petition for review, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.